IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RONNIE PIERCE, AND** § | | |
| **CASAS DE LOS INDIOS, L.P.** § | | |
| § | | |
| **V.** § | | **CIVIL ACTION NO. 4:17-CV-01413** |
| § | | |
| **THE STANDARD FIRE INSURANCE** § | | |
| **COMPANY** § | | |

## NOTICE OF SETTLEMENT

COME NOW, Ronnie Pierce and Casas De Los Indios, L.P., the plaintiffs herein, and The Standard Fire Insurance Company, the defendant herein, and, pursuant to Local Rule 16.3 of the Local Rules for the Southern District of Texas, notify the Court that the parties have reached a settlement agreement that will result in a full and final release and dismissal with prejudice of all claims and causes of action asserted in this lawsuit. The parties request thirty days to file a joint stipulation of dismissal and proposed order of dismissal and final judgment in order to afford the parties sufficient time to effectuate a full and final release and dismissal with prejudice of all claims asserted in this lawsuit.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

The Corona Law Firm, PLLC
12807 Haynes Road, Bldg. E
Houston, Texas 77066
(281) 882-3531
(713) 678-0613 – facsimile


/s/ Jesse S. Corona (w/permission)
Jesse S. Corona
Texas Bar No. 24082184
Southern District Bar No. 2239270
Jesse@theCoronaLawfirm.com

ATTORNEYS FOR PLAINTIFFS
RONNIE PIERCE AND CASAS DE LOS
INDIOS, L.P.



ORGAIN BELL & TUCKER, LLP
P O Box 1751
Beaumont, TX 77704-1751
(409) 838-6412
(409) 838-6959 facsimile


 /s/ Greg C. Wilkins
Greg C. Wilkins
State Bar No. 00797669
Southern District Bar No. 33280
gcw@obt.com

ATTORNEYS FOR DEFENDANT
THE STANDARD FIRE INSURANCE
COMPANY

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on the ___ of March, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all known counsel of record.

                                    /s/ Greg C. Wilkins
                                    Greg C. Wilkins