United States District Court
Southern District of Texas
**ENTERED**
March 06, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RONNIE PIERCE, *et al*, § § Plaintiffs, § VS. § THE STANDARD FIRE INSURANCE § COMPANY, § § Defendant. § | CIVIL ACTION NO. 4:17-CV-1413 |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this lawsuit has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this Order.

It is so **ORDERED**.

SIGNED on this 6th day of March, 2018.

_____
Kenneth M. Hoyt
United States District Judge